UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00353-MOC-WCM

| | |
|---|---|
| TABITHA SARAH ROGERS, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **ORDER** |
| MARTIN O' MALLEY, | ) |
| Commissioner of | ) |
| Social Security, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Plaintiff's Motion for Attorney's Fees, seeking fees in the amount of $14,937.00 of Plaintiff's past due benefits, under the Social Security Act, 42 U.S.C. § 406(b). (Doc. No. 16). The Court did not award fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in this matter. Defendant has filed a response, noting that, under Gisbrecht v. Barnhart, 535 U.S. 789, 809 (2002), it is the duty of the Court to determine a reasonable fee.

Upon review of the materials, the Court finds that Plaintiff's request for attorney fees is reasonable. The motion for attorney fees is **GRANTED**. Therefore, it is ordered that Plaintiff's attorney may collect a fee of 25% of plaintiff's past due benefits, or $14,937.00.

**IT IS SO ORDERED**.

Signed: June 4, 2024

Max O. Cogburn Jr.
United States District Judge